UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| BILLY W. BUTLER, #52520, | § |
| | § |
| vs. | § NO: MO:22-CV-00104-DC |
| | § |
| ECTOR COUNTY LAW ENFORCEMENT | § |
| CENTER MEDICAL DEPT. | § |

**FINAL JUDGMENT**

On this day the Court entered an Order dismissing Plaintiff's case as frivolous and for failure to state a claim. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED AS FRIVOLOUS AND FOR FAILURE TO STATE A CLAIM** pursuant 28 U.S.C. §§1915(e)(2)(B)(i)–(ii) & 1915A(b)(1).

It is further **ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is finally **ORDERED** that all other pending motions, if any, are denied as moot.

It is so **ORDERED**.

SIGNED this 19th day of May, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE